# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FRANK ORDERS,**

          **Plaintiff,**

    **v.**

**STRS OF OHIO,**

          **Defendant.**

Case No. 2:15-cv-2991
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of Plaintiff's motion for leave to file an untimely response to Defendant's motion to dismiss. (ECF No. 7.) The Court **GRANTS** the motion. The non-oral hearing on the pending motion to dismiss, previously scheduled for February 5, 2016, shall be rescheduled for February 23, 2016.

The Court **DIRECTS** the Clerk to detach and file as separate documents Plaintiff's response to the motion to dismiss, ECF No. 7-2, as well as Plaintiff's motion to amend complaint, ECF No. 7-3.

    **IT IS SO ORDERED**.

                                     **/s/ Gregory L. Frost**
                                     **GREGORY L. FROST**
                                     **UNITED STATES DISTRICT JUDGE**